IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANIEL JAMES NOLAN, # 09185-030, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 14-cv-1340-NJR |
| | ) |
| AMAR SAWAR, M.D., | ) |
| | ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge Nancy J. Rosenstengel, and the following decision was reached:

**IT IS ORDERED** that Plaintiff shall recover nothing, and the action be **DISMISSED on the merits without prejudice,** the parties to bear their own costs.  This dismissal shall count as one of Plaintiff's allotted "strikes" under 28 U.S.C. § 1915(g).

**DATED**:  December 23, 2014

JUSTINE FLANAGAN, ACTING CLERK


By: s/ Tanya Kelley
Deputy Clerk


APPROVED: _____
Nancy J. Rosenstengel
United States District Judge